**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-3415 PA (AGRx) | Date | March 16, 2011 |
| Title | LA Printex Industries, Inc. v. Ross Stores, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS

The Court has reviewed the pretrial documents submitted by the parties on March 4, 2011. On that date, the parties submitted a Pretrial Exhibit Stipulation (Docket No. 30), a Witness List (Docket No. 31), Proposed Jury Instructions (Docket No. 32), a Joint Statement of the Case (Docket No. 33), and plaintiff filed a Memorandum of Contentions of Fact and Law (Docket No. 34).  The parties failed to file many of the documents they were required to submit pursuant to the Court's August 18, 2010 Scheduling Order, including the Pretrial Conference Order, and many of the documents they did submit are not in the format required by this Court's orders and the Local Rules.  The Court therefore orders the parties to show cause in writing why they should not be sanctioned for violating the Court's Orders and the Local Rules.  Sanctions for the parties' violations may include the dismissal of this action, the striking of defendants' Answer and the entry of default, and the imposition of monetary sanctions.  The parties' responses to this Order to Show Cause shall be filed by 12:00 p.m. on Thursday, March 17, 2011.

IT IS SO ORDERED.

:

Initials of Preparer